UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY R. SHAH,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW QUAN, et al.,<br><br>        Defendants. | Case No. 20-cv-08536-SI<br><br>**ORDER DENYING DEFENDANTS'<br>MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 18 |

On April 8, 2021, defendants Andrew Quan and Law Offices of Andrew Quan (collectively "defendants") filed a motion to dismiss plaintiff Sanjay Shah's complaint. Dkt. No. 18. On April 22, 2021, plaintiff filed a first amended complaint. Dkt. No. 19.

Accordingly, defendants' motion to dismiss is **DENIED AS MOOT.** A hearing on defendants' motion to dismiss is scheduled for May 14, 2021. The hearing is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: April 28, 2021

_____
SUSAN ILLSTON
United States District Judge